Schedule A

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | W. CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | GET UR FREAK ON | Melissa A. Elliott<br><br>Timothy Z. Mosley | May 15, 2001 | PA 1-146-413 | June 21, 2023 |
| 2. | GNAT BOOTY MUSIC | HEY YA! | Andre Benjamin | September 23, 2003 | PA 1-222-527 | June 21, 2023 |
| 3. | TARPO MUSIC PUBLISHING<br><br>NOTTING DALE SONGS, INC. | TIPSY | Jerrell C. Jones<br><br>Joe A. Kent<br><br>Mark A. Willisms | April 6, 2004 | PA 1-159-437 | June 21, 2023 |